# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7109**  **September Term, 2006**

07cv01213

Kenneth Williams,
    Appellant

FILED
AUG 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

v.

District of Columbia Public Defender Services,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG 2 7 2007

CLERK

### ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis *filed on August 22, 2007*.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk