UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH WILLIAMS,**<br><br>    Plaintiff,<br><br>  v.<br><br>**THE DISTRICT OF COLUMBIA PUBLIC DEFENDER SERVICES,**<br><br>    Defendant. | Civil Action 07-1213<br>(HHK) |

**ORDER**

  Before the court is the application of Kenneth Williams to proceed *in forma pauperis*. Upon consideration of the application and the affidavit that supports it, the court concludes that the application should be granted.

  Accordingly, it is, this 19th day of September 2007, hereby

  **ORDERED** that the application of Kenneth Williams to proceed *in forma pauperis* is **GRANTED**, and it is further

  **ORDERED** that Kenneth Williams shall be permitted to proceed without being required to prepay fees, costs, or give security therefor.

                Henry H. Kennedy, Jr.
                United States District Judge