Case 1:07-cv-01213-UNA   Document 10   Filed 07/15/2008   Page 1 of 1
Case: 07-7109   Document: 01208599994   Page: 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7109**  **September Term 2007**

07cv01213

**Filed On: June 3, 2008** [1119470]

Kenneth Williams,

    Appellant

    v.

District of Columbia Public Defender Services,

    Appellee



**ORDER**

    Upon consideration of the court's order filed on March 18, 2008, which was sent to appellant at E.C.I., Poplar Hill Pre-Release Unit, MD State Prison, 24090 Nanticoke Road, Quantico, MD 21856; the return of the order by the United States Postal Service due to an invalid address and marked "Release"; and it appearing that the court has no other valid address for appellant, it is

    **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case by July 3, 2008.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
      Elizabeth V. Scott
      Deputy Clerk

A True Copy:
    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk